NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

TEODORO GOMEZ-TORRES, *Petitioner*.

No. 1 CA-CR 23-0414 PRPC

FILED 06-25-2024

---

Petition for Review from the Superior Court in Mohave County
No. S8015CR201301013
The Honorable Billy K. Sipe, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

Teodoro Gomez-Torres, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Angela K. Paton, Judge Michael S. Catlett, and Judge James B. Morse Jr. delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**     Petitioner Teodoro Gomez-Torres seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**     We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**     We grant review and deny relief.

